AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>TOWNES, SANDRA L. | 2. Court or Organization<br><br>U.S. District Court, EDNY | 3. Date of Report<br><br>05/14/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>225 Cadman Plaza East<br>Brooklyn, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED
2009 MAY 15 P 1: 31
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | New York State and Local Retirement Plan, no control |
| 2. | |
| 3. | |

Townes_Sandra_L

| Name of Person Reporting | Date of Report |
|---|---|
| TOWNES, SANDRA L. | 05/14/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | NYS and Local Retirement Systems benefit. | $65494.96 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOWNES, SANDRA L. | 05/14/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOWNES, SANDRA L. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA Retirement Annuity | D | Interest | M | T | | | | | |
| 2. State Employees Federal Credit Union Accounts | A | Interest | J | T | | | | | |
| 3. MONY Cash Value Life Insurance | A | Dividends | J | T | | | | | |
| 4. Black Rock Money Market Account | A | Dividend | J | T | | | | | |
| 5. MetLife Securities IRA #1 | A | Interest | | | Transferred (to line 7) | 6/30 | J | | |
| 6. MetLife Securities IRA #2 | A | Interest | | | Transferred (to line 7) | 6/30 | J | | |
| 7. MetLife Securities IRA #3 (components in items 8-21) below) | A | Dividend | N | T | | | | | |
| 8. -PIMCO Total Return | A | Dividend | K | T | | | | | |
| 9. -Morgan Stanley EAFE Index Portfolio | | None | K | T | | | | | |
| 10. -MFS Total Return Portfolio | | None | K | T | | | | | |
| 11. -MetLife Stock Index Portfolio | | None | K | T | | | | | |
| 12. -Lord Abbett Bond Debenture Portfolio | | None | K | T | | | | | |
| 13. -Loomis Sayles Small Cap Portfolio | | None | J | T | | | | | |
| 14. -Lehman Brothers Aggregate Bond Index | B | Dividend | K | T | | | | | |
| 15. -Harris Oakmark Large Cap Value | | None | | | Transferred (to line 16) | 8/18 | J | | |
| 16. -Harris Oakmark Focused Value Portfolio | | None | J | T | | | | | |
| 17. -BlackRock Money Market | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| TOWNES, SANDRA L. | 05/14/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -American Funds Growth Income | | None | K | T | | | | | |
| 19.  -American Funds Global Small Cap | | None | K | T | | | | | |
| 20.  -MFS Value Portfolio | | None | K | T | Buy | 11/18 | K | | |
| 21.  -Clarion Global Real Estate Portfolio | | None | J | T | Buy | 12/17 | J | | |
| 22.  MetLife Universal Variable Life Ins.(components 23-33) | | None | J | T | Buy | 1/13 | J | | |
| 23.  -Fixed cash account | | | | | | | | | |
| 24.  -BlackRock Diversified Fund | | | | | | | | | |
| 25.  -MetLife Stock Index Portfolio | | | | | | | | | |
| 26.  -Harris Oakmark Large Cap Value | | | | | | | | | |
| 27.  -Morgan Stanley EAFE Index Portfolio | | | | | | | | | |
| 28.  -BlackRock Strategic Value Fund | | | | | | | | | |
| 29.  -American Funds Growth Income | | | | | | | | | |
| 30.  -American Funds Global Small Cap | | | | | | | | | |
| 31.  -Harris Oakmark Focused Value Portfolio | | | | | | | | | |
| 32.  -WAM Strategic Bond Opportunity | | | | | | | | | |
| 33.  -PIMCO Total Return Portfolio | | | | | | | | | |
| 34.  ING Direct Savings | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Re: Part VII

(a)  MetLife Securities IRA # 1 was sold during 2005.  A cash amount of less than $50 was left in the account, and that was internally transferred to MetLife Securities #3 on 6/30/08.

(b)  MetLife Securities IRA # 2 was sold during 2005.  A cash amount of less than $50 was left in the account, and that was internally transferred to MetLife Securities #3 on 6/30/08.

| Name of Person Reporting | Date of Report |
|---|---|
| TOWNES, SANDRA L. | 05/14/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544